SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DARWIN BOGGS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MCDONALD'S CORPORATION;<br>ISHIDA ENTERPRISES, INC.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00342-SSS (DTBx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MCDONALD'S CORPORATION** |

**PLEASE TAKE NOTICE** that Plaintiff DARWIN BOGGS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant MCDONALD'S CORPORATION ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary
2  judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: June 18, 2025                    SO. CAL. EQUAL ACCESS GROUP

                                        By:   /s/  *Jason J. Kim*
                                              Jason J. Kim
                                              Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**